WOLCOTT COOK et al., Respondents, *v.* LAURA M. GILL et al., Individually and as Executors of FRANK B. GILL, Deceased, Appellants.

Argued April 22, 1940; decided May 21, 1940.

*Ward N. Truesdell* for appellants.
*Oliver D. Burden* for respondents.

Appeal dismissed, with costs, on the ground that no appeal lies from the order entered upon the decision of the Appellate Division. (*Matter of Westberg,* 279 N. Y. 316.) No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.